# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 1, 2015

## NO. 03-14-00511-CV

**Mary Blanchard, Appellant**

**v.**

**Grace McNeill, in her Capacity as Successor Trustee and Beneficiary of the Dixie Lee Hudlow Living Trust; Harold McNeill as Beneficiary of the Dixie Lee Hudlow Living Trust; and The Dixie Lee Hudlow Living Trust, Appellees**

**APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
DISMISSED FOR WANT OF JURISDICTION ON REHEARING—
OPINION BY JUSTICE PURYEAR**

This is an appeal from the order signed by the probate court on July 28, 2014. We withdraw the opinion and judgment dated January 23, 2015, and substitute the following opinion and judgment in their place. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.